Patrick T. Connor, Bar No. 089136
Email: pconnor@deconsel.com
Yan Gershfeld, Bar No. 251375
Email: ygershfeld@deconsel.com
DeCARLO, CONNOR & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Telephone: (213) 488-4100
Telecopier: (213) 488-4180

Issued Ntc of Renewal to Plaintiff

Attorneys for Plaintiffs, Carpenters Southwest Administrative Corporation, formerly known as Carpenters Southern California Administrative Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MEKIA CONSTRUCTION COMPANY, a California corporation; BERNARD EDMUND OOSTRA, an individual,<br><br>Defendant(s). | CASE NO. CV 02-702 ABC (MANx)<br><br>[~~PROPOSED~~] ORDER FOR RENEWAL OF JUDGMENT |

The judgment debtors, MEKIA CONSTRUCTION COMPANY, a California corporation and BERNARD EDMUND OOSTRA, an individual, ("DEFENDANT"), having judgment entered against DEFENDANTS on September 10, 2002 and amended on December 20, 2002;

NOW, upon application of CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, formerly known as CARPENTERS SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION, ("CSAC"), and upon declaration that DEFENDANTS have failed to pay the total amount of said judgment; and that DEFENDANTS are indebted to CSAC.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment against defendant MEKIA CONSTRUCTION COMPANY, a California corporation be renewed in the amount of $47,605.81, for injunctive relief and that CSAC recover as follows:

Judgment as entered:

| | | | |
|---|---|---|---:|
| a. | Principal | $ | 33,226.27 |
| b. | Liquidated Damages | $ | 4,036.44 |
| c. | Judgment interest | $ | 1,407.99 |
| d. | Audit Fees | $ | 345.00 |
| e. | Attorney Fees | $ | 2,878.86 |
| Subtotal (Judgment as entered) | | $ | 41,894.56 |
| f. | Less credits after judgment | $ | 0.00 |
| g. | Interest after judgment computed from September 10, 2002, through February 8, 2010 at 1.70% ($2.20 per day) | $ | 5,711.25 |
| GRAND TOTAL | | $ | 47,605.81 |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment against defendant BERNARD EDMUND OOSTRA, an individual, be renewed in the amount of $10,459.59 and that CSAC recover as follows:

Judgment as entered:

| | | | |
|---|---|---|---:|
| a. | Principal | $ | 8,011.26 |
| b. | Judgment interest | $ | 193.00 |
| c. | Attorney Fees | $ | 1,001.13 |
| Subtotal (Judgment as entered) | | $ | 9,205.39 |

////

////

1      d.     Less credits after judgment ............................................ $     0.00

2      e.     Interest after judgment computed from

3                September 10, 2002, through February 8, 2010

4                at 1.70% ($0.48 per day) .............................................. $     1,254.20

5 GRAND TOTAL ........................................................................................ $     10,459.59

7 DATED: 2/16/10

                                           DEPUTY CLERK

Presented by:

DeCARLO, CONNOR & SHANLEY,
A Professional Corporation


BY: /s/ Yan Gershfeld
     YAN GERSHFELD
Attorneys For Judgment Creditor,
Carpenters Southwest Administrative
Corporation